No. 840, Misc.   BARNES v. DIRECTOR OF THE PATUXENT INSTITUTION.   Court of Appeals of Maryland.   Certiorari denied.

No. 850, Misc.   HAZEL v. MARYLAND.   Court of Appeals of Maryland.   Certiorari denied.

No. 852, Misc.   ROTH v. UNITED STATES.   C. A. 8th Cir.   Certiorari denied.   *Roy Cook* for petitioner.   *Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States. ▮

No. 892, Misc.   MORRIS v. WILSON ET AL.   C. A. 2d Cir.   Certiorari denied. ▮

No. 715, Misc.   HAMMONDS v. ELLIS, CORRECTIONS DIRECTOR.   The motion to substitute Jack Heard in the place of O. B. Ellis as the party respondent is granted. The petition for writ of certiorari to the Court of Criminal Appeals of Texas is denied.

No. 737, Misc.   ANDERTEN v. UNITED STATES.   The motion for leave to amend petition is granted.   Petition for writ of certiorari to the Court of Claims denied.   Petitioner *pro se.   Solicitor General Cox, Assistant Attorney General Orrick* and *John G. Laughlin, Jr.* for the United States.

No. 751, Misc.   LANKFORD v. INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, AFL–CIO, ET AL.   C. A. 5th Cir.   Certiorari denied.   MR. JUSTICE BLACK took no part in the consideration or decision of this application.   *Frontis H. Moore* for petitioner.   *Louis Sherman* and *Jerome A. Cooper* for respondents. ▮